No. 682. RICHARDSON *v.* COMMISSIONER OF INTERNAL REVENUE. January 28, 1946. Petition for writ of certi-

orari to the Circuit Court of Appeals for the Second Circuit denied. MR. JUSTICE RUTLEDGE took no part in the consideration or decision of this application. *Mr. Erwin N. Griswold* for petitioner. *Solicitor General McGrath, Messrs. Sewall Key, Robert N. Anderson* and *Lee A. Jackson* for respondent.

